

 Submitted March 17, 1975. *Richard A. Consiglio*, Public Defender, for appellant; *William J. Haberstroh*, Assistant District Attorney, and *Amos C. Davis*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Johnson, Appellant.

 Submitted March 17, 1975. *Barry H. Denker*, for appellant; *William A. Richardson, Mark Sendrow*, and *Steven H. Goldblatt*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Johnson, Appellant.

 Submitted September 9, 1974. *Eugene H. Clarke, Jr.*, for appellant; *Rosalyn K. Robinson, Mark Sendrow*, and *Steven H. Goldblatt*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.